UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TIMOTHY C. SPRADLIN,

    Defendant.

Case No. MJ09-605

DETENTION ORDER

<u>Offense charged</u>:

    Count 1:    Possession of Stolen Mail, in violation of 18 U.S.C. § 1708

    Count 2:    Bank Fraud, in violation of 18 U.S.C. § 1344

    Count 3:    Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A

<u>Date of Detention Hearing</u>:    December 21, 2009.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant was not interviewed by Pretrial Services, so his ties to this jurisdiction are unknown.

    (2)    Defendant has a lengthy criminal record.

    (3)    Defendant has multiple failures to appear and violations of court orders.

(4) There are no conditions or combination of conditions other than detention that will reasonably ensure the appearance of the defendant or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of December, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge